

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00185-CR

CARLOS EUGENO SERRANO,

                                     **Appellant**

 v.

THE STATE OF TEXAS,

                                       **Appellee**

---

**From the 52nd District Court**
**Coryell County, Texas**
**Trial Court No. 21-26567**

---

## MEMORANDUM OPINION

---

Carlos Eugeno Serrano was convicted of evading arrest or detention with a vehicle and sentenced to eight years in prison. Serrano's notice of appeal was due May 19, 2022. It was not filed until June 8, 2022. Thus, Serrano's notice of appeal is untimely. *See* TEX. R. APP. P. 26.2(a)(2).

We have no jurisdiction of an untimely appeal, and this appeal must be dismissed. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely). Accordingly, this appeal is dismissed.

A motion for rehearing may be filed within 15 days after the judgment of this Court is rendered. *See* TEX. R. APP. P. 49.1. If Serrano desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment was rendered or the day the last timely motion for rehearing was overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed June 22, 2022
Do not publish
[CR25]

